UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOSALYN MICHELLE DUCKWORTH | ) | |
| | ) | |
| v. | ) | NO. 2:06-CV-69 |
| | ) | (Cr: 2:02-CR-23) |
| UNITED STATES OF AMERICA | ) | Jordan/Inman |

### ORDER OF JUDGMENT

In accordance with the accompanying memorandum opinion, this federal prisoner's *pro se* motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 is **DENIED**. [Doc. 1]. For reasons contained in the opinion, the Court finds that petitioner has failed to make a substantial showing of the denial of a constitutional right because jurists of reason would not find its assessment of her constitutional claims debatable or wrong. *Slack v McDaniel*, 529 U.S. 473, 484 (2000). Thus, should petitioner file a notice of appeal from this order, she is **DENIED** a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

**ENTER**:

/s/ Leon Jordan
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *Patricia L. McNutt*
   CLERK OF COURT